ACCEPTED
01-15-00491-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/27/2015 12:33:50 PM
CHRISTOPHER PRINE
CLERK

## CASE NO. 01-15-00491-CV

IN THE FIRST COURT OF APPEALS
AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/27/2015 12:33:50 PM
CHRISTOPHER A. PRINE
Clerk

**CLIFFORD HALL,**

*Appellant*

vs.

**AT&T, INC.,**

*Appellee*

On Appeal from the 281st Judicial District Court of Harris County, Texas

## JOINT AND AGREED MOTION TO DISMISS WITH PREJUDICE

Appellant Clifford Hall and Appellee AT&T, Inc. (collectively, the "Parties") respectfully move for the entry of an agreed order of dismissal with prejudice.

### I.    MOTION

Appellant and Appellee have resolved this matter and all issues in this appeal and/or case pending before this Court. The Parties hereby request dismissal with prejudice of the above-styled and numbered case with each party bearing its respective costs and attorneys' fees.

## II.    PRAYER

WHEREFORE, Appellant Clifford Hall and Appellee AT&T, Inc. request that all claims asserted on appeal or which could have been asserted on appeal be dismissed with prejudice, with costs of court to be borne by the party incurring same.

Respectfully submitted,

_/s/ Gregg M. Rosenberg*_

Gregg M. Rosenberg
Texas Bar No. 17268750
ROSENBERG & SPROVACH
3518 Travis, Suite 200
Houston, Texas 77002
(713) 960-8300 (phone)
(713) 621-6670 (facsimile)
gregg@rosenberglaw.com
ATTORNEY-IN-CHARGE FOR
APPELLANT

*signed by permission

_/s/ Carolyn Russell_

Carolyn Russell
Texas Bar No. 24003913
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Dallas St., Ste. 3000
Houston, Texas 77002
(713) 655-0855 (phone)
(713) 655-0020 (facsimile)
carolyn.russell@ogletreedeakins.com
ATTORNEY-IN-CHARGE FOR
APPELLEE

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 27, 2015, I conferred with lead counsel for Appellant, Gregg M. Rosenberg, who advised that Appellant is in agreement with and joins in the filing of this Motion.

*/s/ Carolyn Russell*
Carolyn Russell

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on this 27th day of August, 2015, via the Court's e-filing system to:

Gregg M. Rosenberg
Tracey D. Lewis
ROSENBERG & SPROVACH
3518 Travis Street, Suite 200
Houston, TX 77027

*/s/ Carolyn Russell*

Carolyn Russell
